In the Matter of Philip Taylor, Appellant, v Andrea W. Evans, Chairwoman, New York State Division of Parole, Respondent. [953 NYS2d 545]—Appeal from a judgment of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered July 14, 2011 in a proceeding pursuant to CPLR article 78. The judgment denied the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs as moot (*see Matter of Ansari v Travis*, 9 AD3d 901 [2004], *lv denied* 3 NY3d 610 [2004]). Present—Smith, J.P., Centra, Lindley and Whalen, JJ.

In the Matter of Uell T. Norman, Appellant, v Andrea W. Evans, Chairwoman, New York State Division of Parole, Respondent. [953 NYS2d 546]—Appeal from a judgment of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered June 17, 2011 in a proceeding pursuant to CPLR article 78. The judgment denied the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs as moot (*see Matter of Ansari v Travis*, 9 AD3d 901 [2004], *lv denied* 3 NY3d 610 [2004]). Present—Smith, J.P., Carni, Lindley, Sconiers and Whalen, JJ.

In the Matter of the Estate of Percy Perry, Deceased. Barney B. Perry, Sr., Appellant; Tracee Megna, Executrix of Percy Perry, Deceased, Respondent. [953 NYS2d 546]—Appeal from an order of the Surrogate's Court, Erie County (Barbara Howe, S.), entered July 15, 2011. The order denied the petition seeking to have petitioner designated the administrator of the estate of Percy Perry.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision by the Surrogate. Present—Smith, J.P., Carni, Lindley, Sconiers and Whalen, JJ.

In the Matter of James A. Mac Callum, an Attorney, Resignor. [953 NYS2d 515]—Order entered accepting resignation and striking name from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley, Whalen and Martoche, JJ. (Filed Oct. 23, 2012.)